No. 13,859.

ESTATE OF DRAPER.

AUSTIN, ADMINISTRATOR v. A. L. DUCKWALL STORES COMPANY.

(67 P. [2d] 1118)

Decided April 19, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Knous and Mr. Justice Holland participating.

Messrs. MILLER & ALLEN, for plaintiff in error.

Messrs. SABIN & DAVIS, for defendant in error.